UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAIME JESUS SANCHEZ VAZQUEZ,

               Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR, *et al.*,

               Respondents.

Case No. C15-1856-RSM

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, along with the balance of the record, the Court finds and ORDERS as follows:

1.    The Court adopts the Report and Recommendation.

2.    Respondents' motion to dismiss as moot, Dkt. #13, is **GRANTED**.

3.    Respondents' motion to dismiss on the merits, Dkt. #8, is **DENIED** as moot.

4.    Petitioner's habeas petition, Dkt. #3, is **DENIED** as moot.

5.    This action is **DISMISSED** without prejudice.

6.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 15th day of July, 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1